IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 07-802 |
| KEITH W. ALLEN, | : |
| Defendant | : |

RETURN OF SERVICE

TO THE CLERK:
United States District Court
District of Delaware

Please find attached Acknowledgment of Service of the Summons and Complaint on the above-captioned case.

COLM F. CONNOLLY
United States Attorney

/s/ Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

Date: January 4, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  :
:
Plaintiff,  :
:
v.  :  CIVIL ACTION NO. 07-802
:
KEITH W. ALLEN,  :
:
Defendant,  :

**WAIVER OF SERVICE OF SUMMONS**

TO:  Patricia C. Hannigan
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE  19899

I acknowledge receipt of your request that I waive service of a summons in the action of **United States of America v. Keith W. Allen** which is case number 07-802 in the United States District Court for the District of Delaware.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **December 13, 2007** or within 90 days after that date if the request was sent outside the United States.

DATE: 12-17-07   SIGNATURE: _(signed)_

Print/type name: KEITH W. ALLEN
Keith W. Allen