IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. 07-802 JJF-LPS |
| | ) | |
| KEITH W. ALLEN | ) | |
| | ) | |
| Defendant. | ) | |

CLERK'S TAXATION OF COSTS

On March 6, 2008 a default judgment was entered in favor of the plaintiff, United States of America and against the defendant, Keith W. Allen (DI 6). No appeal has been filed. On April 3, 2008, the United States of America filed a Bill of Costs (DI 7). There is no dispute that the United States of America is the prevailing party.

District of Delaware Local Rule (LR) 54.1 permits the Clerk to tax costs in favor of the prevailing party. The Clerk has considered the Bill of Costs and deems it to be timely filed. There is no opposition to the Bill of Costs.

The United States of America requests that the Clerk tax costs of $350.00 against Keith W. Allen . The amount claimed is equal to the filing fee at the time this action was filed. Title 28 U.S.C. § 2412(a)(2) provides authority for the United States of America to recover the filing fee. Also, LR 54.1(b)(1) permits taxing fees of the clerk.

Therefore,

**IT IS ORDERED that,**

The total costs hereby taxed in favor of the plaintiff, United States of America and against the defendant, Keith W. Allen together with interest thereon at the applicable post-judgment rate specified in 28 U.S.C. § 1961 (as amended 1982),is the amount of **$ 350.00**.

Dated: May 15, 2008

                                      Peter T. Dalleo
                                      Clerk, U.S. District Court

                                      By: Bob Cruikshank

                                      /s_____
                                                  Deputy Clerk

cc:    The Honorable Leonard P. Stark
        Patricia C. Hannigan,Esq.(CM/ECF)
        Keith W. Allen, 1205 Apple Street,
        Wilmington, DE 19801-5413
        Peter T. Dalleo, Clerk